## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 19-00495 JVS (JDEx) | Date | March 19, 2019 |
| Title | Wael Salim Elhalwani v Ziad Bourji, et al | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| Lisa Bredahl | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE JURISDICTION**

The Court has made a preliminary review of the jurisdictional allegations in the:

     X    Complaint, filed by Wael Salim Elhalwani ("Elhalwani") on March 13, 2019.

     __    Notice of Removal ("Notice")

The initial pleading invokes jurisdiction on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Complaint, ¶ 13.) Jurisdiction on this basis requires complete diversity.

The following party to the action is alleged to be a limited liability company ("LLC"):

Glory Entertainment LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999). In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members. Presently, the Court cannot tell if jurisdiction has been properly invoked.

Elhalwani is ordered to file an amended initial pleading within 15 days

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 19-00495 JVS (JDEx) | Date | March 19, 2019 |
|---|---|---|---|
| Title | Wael Salim Elhalwani v Ziad Bourji, et al | | |

identifying each member of each alleged LLC and the member's citizenship and principal place of business as of the date of the filing of the initial pleading. If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

   **A failure to respond may result in dismissal of the action for lack of jurisdiction.**

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |